## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JORDAN FUNK, MICHAEL RESSLER, AND : No. 366 MAL 2020
BRIAN RESSLER, :
                                 :
                Respondents : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
                                 :
              v. :
                                 :
                                 :
CHRISTY L. BRADLEY, :
                                 :
                Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.